organization, so that membership therein would affect a teacher's eligibility and that the retroactive application of that determination is constitutionally prohibited. The Court of Appeals held that petitioner-appellant Slochower was not denied due process under the Fourteenth Amendment. [See 306 N. Y. 532.]

ETHEL L. JAMISON, as Administratrix of the Estate of MATTHEW JAMISON, Deceased, Appellant, *v.* HENRY F. RAAB, INC., Defendant, and GENERAL ELECTRIC COMPANY, Respondent.

HENRY F. RAAB, INC., Third-Party Plaintiff, *v.* AUGUSTUS V. RIEGEL, INC., Third-Party Defendant.

JOHN A. HARRIS, Appellant, *v.* HENRY F. RAAB, INC., Defendant, and GENERAL ELECTRIC COMPANY, Respondent.

HENRY F. RAAB, INC., Third-Party Plaintiff, *v.* AUGUSTUS V. RIEGEL, INC., Third-Party Defendant.

GENERAL ELECTRIC COMPANY, Third-Party Plaintiff, *v.* AUGUSTUS V. RIEGEL, INC., Third-Party Defendant.

Submitted July 14, 1954; decided July 14, 1954.

*Alfred Sobol* for motion.
*Sidney Einhorn* opposed.

Motion denied.

In the Matter of CHRISTOPHER R. TRIMBLE, as Administrator with the Will Annexed of MAE MALONE, Deceased, Respondent, against the POLICE COMMISSIONER OF THE CITY OF NEW YORK et al., Appellants.

Submitted July 14, 1954; decided July 14, 1954.